# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| SS&C TECHNOLOGIES, INC., | ) |
| *Plaintiff(s)* | ) ) ) ) ) Civil Action No. **20 CV 00595** |
| v. | ) |
| KRISTINA SPILLANE, and FIDELITY NATIONAL INFORMATION SERVICES, INC. (Relief Defendant) | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KRISTINA SPILLANE, 7 Academy Street, Worcester, MA 01609

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Stephen R. Fishbein, Christopher L. LaVigne, Michael W. Holt
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY
10022-6069

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
CLERK OF COURT

Date: JAN 2 3 2020

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:20-cv-00595 (AKH)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kristina Spillane
was received by me on *(date)* 01/23/2020 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Elior D. Shiloh, Esq. , who is
designated by law to accept service of process on behalf of *(name of organization)* Kristina Spillane
_____ on *(date)* 01/23/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Along with this summons, I further served copies of the Complaint, the Proposed Order To Show Cause, Memorandum of Law, supporting affidavits, and the 7.1 Corporate Disclosure Statement.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 01/30/2020

*Server's signature*

Samuel Jolly (Attorney)
*Printed name and title*

SHEARMAN & STERLING LLP
599 Lexington Ave.
New York, NY 10022
*Server's address*

Additional information regarding attempted service, etc: